■    HELMUT BAATZ, as Administrator of the Estate of GISELA BAATZ, Deceased, Appellant, v. LOBLAW, INC., Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in an action for breach of warranty and negligence in the sale of food.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.